23 A.3d 411

IN THE MATTER OF THOMAS A. CATTANI, AN ATTORNEY
AT LAW (ATTORNEY NO. 035371988).

July 27, 2011.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **THOMAS A. CATTANI** of **WARWICK, NEW YORK,** who was admitted to the bar of this State in 1988, and who was suspended from the practice of law for a period of one year, effective April 26, 2006, by Order of this Court filed March 30, 2006, be restored to the practice of law, effective immediately.